AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DANIEL DANTINOR, | ) | Case No. 21-6485-Hunt |
| | ) | |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the dates of __May 4, 2021__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | Purchase of a Firearm by Means of a False Statement |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_/s/ Houk_
Complainant's signature

Tyler Houk, Special Agent, ATF
Printed name and title

by telephone

Sworn to and subscribed before me this 24th day of August, 2021.

_Judge's signature_

City and state: __Fort Lauderdale, Florida__    __Patrick M. Hunt, United States Magistrate Judge__
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Tyler Houk, being duly sworn, hereby deposes and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am currently a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have served in that capacity since September 2014 investigating violations of federal law. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have my bachelor's and master's degrees in criminal justice from Florida Atlantic University. I have received additional specified training in the investigation of homicides, terrorism, street gangs, and open-source internet and social media. I am a certified advanced gang-specialist in the state of Florida. I have investigated at least one hundred cases involving federal firearms violations, involving unlawful possession of firearms, the possession of firearms by armed drug traffickers, illegal exportation of firearms, and dealing in firearms without a license. I have participated in a variety of different aspects of those investigations, including surveillance, undercover operations to conduct controlled purchases of firearms, interviewing suspects, and the execution of search and arrest warrants. I have been the affiant of numerous affidavits for search and arrest warrants relating to firearms, homicides, and narcotic offenses.

2. This affidavit is for the limited purpose of establishing probable cause that **Daniel Dantinor (hereinafter referred to as "DANTINOR")**, did purchase a firearm by means of a false statement, in violation of Title 18, United States Code, Section 922(a)(6).

3. The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers involved in this investigation. I have not included in this Affidavit each and every fact known to me or to other law

enforcement officers surrounding this investigation. Rather, I have included only those facts that I believe are necessary to establish probable cause.

## PROBABLE CAUSE

### *Instant Investigation*

4.   On or about November 5, 2020, ATF received multiple sales reports involving firearms purchased by Daniel Dantinor ("DANTINOR"). ATF recovered ATF Form 4473 ("ATF Forms") associated with DANTINOR's firearm purchases from five (5) different Federal Firearms License ("FFL"). It was revealed that between March of 2020 through January of 2021, DANTINOR had purchased approximately eighty-one (81) firearms. The majority of the firearms purchased by DANTINOR were of the same model and make, and DANTINOR paid for the firearms in cash. Based on your affiants training and experience, purchasing multiple firearms of the same make and model is often indicative of firearms trafficking.

5.   A query was conducted by Industry Operations Investigators to determine if DANTINOR had a valid or active FFL or NFA manufacturing license. The query was met with negative results confirming that DANTINOR did not have a valid manufacturing or dealing license.

6.   E-trace queries were conducted by ATF with respect to firearms purchased by DANTINOR. To date, DANTINOR has purchased at least four (4) firearms that have been recovered in crimes, and found in the possession of other individuals involved in those crimes.

### *Law Enforcement Identifies an Associate of DANTINOR, "S.L."*

7. On or about February 2, 2021, a Federal search warrant was executed on a residence belonging to "S.L." Agents recovered, among other things, S.L.'s cellular device.[1]

8. A forensic examination of S.L.'s cellular device revealed communications with a telephone number identified as belonging to DANTINOR. Notably, among others, one such conversation between DANTINOR and S.L. on or about June 4, 2020 revealed S.L. to have sent DANTINOR a message stating, "Jon Gun country Glock 22 Ar pistol if they have 38 special revolver Taurus black at 2nd store 2 glock 19 kash glock 19 2 Taurus G3 Dan at pjs ammo 2 300 blackout." This text conversation is a list from S.L. to DANTINOR as to what firearms to buy and which individual associated with S.L. is to buy each specific firearm.

### *The False Statement to an FFL*

9. Law enforcement also located a text message recovered from S.L.'s cellular phone which took place on or about May 5, 2020 between S.L. and an individual later identified as "J.C." The conversation revealed S.L was in possession of a Taurus G2C 9mm, serial number ABB291146, which was purchased by DANTINOR from Gun Country on or about May 4, 2020, the day prior. J.C. initiated the conversation with S.L. stating, "Yoo it's John." J.C. asked how far S.L. was from a location and if S.L. brought a "bill of sale." Later in the conversation, on the same day, J.C. sent S.L. a photograph of a firearm with a visible serial number. The serial number of the firearm depicted in the photograph was "ABB291146". J.C. then stated, "Good looks again bro." S.L. replied, "No problem."

---

[1] S.L. was subsequently arrested and later indicted by a federal grand jury for violations of Title 18, United States Code, Sections 922(a)(6) (purchase of firearms by means of a false statement), and 922(a)(1)(a) (dealing in firearms without a license) (see 21-CR-60050-Dimitrouleas).

10. Law enforcement compared the firearm's serial number with the ATF Forms obtained from several FFLs in the south Florida area, completed by DANTINOR. Law enforcement confirmed that an ATF Form was completed by DANTINOR on or about May 4, 2020, in connection with a Taurus G2C 9mm, serial number ABB291146 purchased by DANTINOR from Gun Country, and transferred to DANTINOR on the same day. S.L. then sold this firearm to J.C. the very next day, May 5, 2020.

*Law Enforcement Interviews J.C.*

11. On or about August 17, 2021, agents made contact with J.C. J.C. confirmed that he purchased a firearm from an individual he met through Instagram whose account was "SandoReapa".[2] J.C. was shown the photograph of the firearm he sent to S.L. in the text conversation identified above, and asked if that was the firearm J.C. had purchased. J.C. confirmed that it was. J.C. also confirmed that the phone number in the text message conversation with S.L. was his, and he remembered having the conversation with S.L. J.C. then advised that he purchased and received the firearm from S.L., the same day he inquired about the firearm from S.L. He stated that he paid approximately $300.00 for the firearm and it was brand new, in the box.

12. Notably, on the ATF Form that DANTINOR completed in connection with the firearm sold to J.C., DANTINOR selected "Yes" to question Section 21.a which asks "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A) Warning: you are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you." DANTINOR then signed and certified his answers which has the following warning above his signature, "I have read and understand the Notices, Instructions, and Definitions

---

[2] Law enforcement confirmed this account belongs to S.L.

on ATF Form 4473. I understand that answering "yes" to question 21.a if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law."

## CONCLUSION

13.  Based on the foregoing facts, I respectfully submit that that there is probable cause to support a criminal complaint charging **Daniel Dantinor ("DANTINOR")** for violations of Title 18, United States Code, Section 922(a)(6), purchasing a firearm by means of a false statement.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Tyler Houk
Special Agent, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone, on this 24th day of August, 2021, at Fort Lauderdale, Florida

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE