FILED
NOV - 4 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-Cr-60301-Altonaga/Strauss

18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

DANIEL DANTINOR,

       Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

On or about May 4, 2020, in Broward County, in the Southern District of Florida, the defendant,

**DANIEL DANTINOR,**

in connection with the acquisition of a firearm from a federally licensed firearms dealer, that is, Gun Country, did knowingly make a false and fictitious statement, which was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the acquisition of said firearm, in that the defendant Daniel Dantinor, stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was the actual buyer of the firearm, when in truth and in fact, and as the defendant then and there well knew, he was purchasing the firearm for another person, in violation of Title 18, United States Code, Section 922(a)(6).

It is further alleged that the firearm was:

1. One (1) Taurus G2C, .9mm caliber, serial number ABB291146

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DANIEL DANTINOR,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922, or any other criminal law of the United States, as alleged in this Information, the defendant shall forfeit to the United States any firearm involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

_Thomas J. Mulrihill for_
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
BROOKE ELISE LATTA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DANIEL DANTINOR,

          Defendant.         /

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [✓] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take **1** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days  [✓]
   - II  6 to 10 days  [ ]
   - III  11 to 20 days  [ ]
   - IV  21 to 60 days  [ ]
   - V  61 days and over  [ ]

   (Check only one)
   - Petty  [ ]
   - Minor  [ ]
   - Misdemeanor  [ ]
   - Felony  [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **21-MJ-0485-HUNT**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of **August 25, 2021**
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

                                                           *[signature]*
                                                           BROOKE ELISE LATTA
                                                           Assistant United States Attorney
                                                           FLA Bar No.     105315

*Penalty Sheet(s) attached                                                                              REV 3/19/21

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name:  DANIEL DANTINOR

Count #: 1

False Statement During a Firearms Purchase

Title 18, United States Code, Section 922(a)(6)

**\*Min./Max. Penalty:** 10 Years' Imprisonment; $250,000 Fine; 3 Years' Supervised Release

**\*Refers only to possible term of incarceration, does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   21-MJ-06485-HUNT |
| DANIEL DANTINOR, | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   11/05/2021

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Omar Johansson
*Printed name of defendant's attorney*

_____
*Judge's signature*

Alicia O. Valle, United States Magistrate Judge
*Judge's printed name and title*